

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,464-01

### EX PARTE MIGUEL ANGEL MONTES GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2020-DCR-00828-G IN THE 404TH DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to fifteen years' imprisonment. He did not appeal his conviction.

Applicant's application is written in Spanish. In order for this Court to properly address Applicant's claims, the trial court should have Applicant's memorandum translated by a certified translator.

This application will be held in abeyance until the trial court has obtained a translated and certified copy of Applicant's application. The translation shall be resolved within 90 days of this

order. A supplemental transcript containing the original application and the certified, translated application shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 25, 2023
Do not publish